JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Turner Staffing Group, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WADE ALLEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BARRICK GOLD OF NORTH AMERICA, INC. d/b/a NEVADA GOLD MINES LLC; and TURNER STAFFING GROUP, LLC,<br><br>Defendants. | Case No.: 3:24-cv-00231-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TURNER STAFFING GROUP, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF No. 1)**<br><br>**(FIRST REQUEST)** |

Defendant Turner Staffing Group, LLC ("Turner" Or "Defendant"), by and through its counsel of record, the law firm of Jackson Lewis P.C., and Plaintiff Wade Allen ("Plaintiff"), by and through his counsel of record, the law firm of Roger Wenthe, PLLC, hereby stipulate and agree to extend the time for Defendant Turner to file its response to Plaintiff's Complaint (ECF No. 1) up to and including **July 19, 2024** based on the following:

1. This is the first stipulation to extend the time for Turner to respond to Plaintiff's Complaint.

2. Turner has just retained the undersigned counsel regarding this matter. The undersigned counsel requires time to investigation the allegations in the Complaint, confer with Turner, and prepare Turner's response to the Complaint.

3. The Parties have agreed to extend the deadline for Turner to file its response to the Complaint to **July 19, 2023**.

4. The Parties are working together in good faith and believe these circumstances constitute good cause for extending Defendant's time to respond to the Complaint. *See* Fed. R. Civ. P. 6(b)(1).

5. The Parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have by virtue of entering into this Stipulation. *See Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

DATED this 8th day of July, 2024.

| ROGER WENTHE, PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ Roger Wenthe*<br>ROGER WENTHE, ESQ.<br>Nevada Bar No. 8920<br>2831 St. Rose Pkwy., Suite 200<br>Henderson, Nevada 89052 | */s/ Joshua A. Sliker*<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff*<br>*Wade Allen* | *Attorneys for Defendant*<br>*Turner Staffing Group, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____July 9, 2024._____