ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Nevada Gold Mines, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WADE ALLEN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>BARRICK GOLD OF NORTH AMERICA, INC. d/b/a NEVADA GOLD MINES, LLC,<br><br>And<br><br>TURNER STAFFING GROUP, LLC<br><br>Defendant. | Case No.: 3:24-cv-00231-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BARRICK GOLD OF NORTH AMERICA INC. d/b/a NEVADA GOLD MINES, LLC TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff WADE ALLEN ("Plaintiff"), by and through his counsel of record, NICHOLAS CONLON, EDMUND C. CELIESIUS and ROGER W. WENTHE, and Defendant BARRICK GOLD OF NORTH AMERICA INC. d/b/a NEVADA GOLD MINES LLC ("Defendant"), by and through their counsel of record, ANTHONY L. HALL, ESQ and JONATHAN A. McGUIRE, ESQ. of SIMONS HALL JOHNSTON PC, hereby stipulate and agree that Defendant's deadline to file

SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, NV 89511
Phone: (775) 785-0088

its responsive pleading, which is currently due July 17, 2024, be extended for a period of two (2) weeks, until Wednesday, July 31, 2024.

      This request is to permit Plaintiff to investigate the proper entity Defendant and discuss a potential stipulation to substitute the Defendant as well as provide the Parties with an opportunity to discuss resolution of the potential claims.

      This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

| | |
|---|---|
| DATED this 16th day of July 2024. | DATED this 16th day of July 2024. |
| **SIMONS HALL JOHNSTON PC** | **BROWN, LLC** |
| /s/Jonathan A. McGuire | /s/ Nicholas Conlon |
| Anthony L. Hall, Esq. (NBN 5977) | Nicholas Conlon, Esq. (NJBN 34052013) |
| Jonathan A. McGuire, Esq. (NBN 15280) | 111 Town Square Place, Ste. 400 |
| 690 Sierra Rose Dr. | Jersey City, New Jersey, 07310 |
| Reno, NV 89511 | |
| *Attorneys for Defendant Nevada Gold Mines* | *Attorneys for Plaintiff Wade Allen* |

**ORDER**

**IT IS SO ORDERED.**

Dated this __17th__ day of __July__ 2024.

_____
U.S. Magistrate Judge

Page 2 of 3