JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Turner Staffing Group, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WADE ALLEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BARRICK GOLD OF NORTH AMERICA, INC. d/b/a NEVADA GOLD MINES LLC; and TURNER STAFFING GROUP, LLC,<br><br>Defendants. | Case No.: 3:24-cv-00231-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF No. 1)**<br><br>**(SECOND REQUEST)** |

Defendant TURNER STAFFING GROUP, LLC ("Turner" Or "Defendant"), by and through its counsel of record, the law firm of Jackson Lewis P.C., Defendant NEVADA GOLD MINES, LLC (erroneously sued as Barrick Gold of North America, Inc d/b/a Nevada Gold Mines, LLC), by and through their counsel, by and through their counsel of record, the law firm of Simons Hall Johnston PC ("NGM"), and Plaintiff WADE ALLEN ("Plaintiff"), by and through his counsel of record, the law firms of Brown, LLC and Roger Wenthe, PLLC, hereby stipulate and agree to extend the time for Defendants Turner and NGM to file their respective responses to Plaintiff's Complaint (ECF No. 1) up to and including **August 26, 2024** based on the following:

1. On July 8, 2024, Plaintiff and Turner stipulated to extend Turner's time to respond to Plaintiff's Complaint to July 19, 2024 (First Request) (ECF No. 8), which the Court granted on July 9, 2024. ECF No. 9.

2. On July 16, 2024, Plaintiff and NGM stipulated to extend NGM's time to respond to Plaintiff's Complaint to July 31, 2024 (First Request) (ECF No. 12), which the Court granted on

1  July 17, 2024. ECF No. 14.

2      3.    The Parties are exploring whether it may be possible to resolve this case without continued litigation. To appropriately focus their respective efforts and resources, the Parties have agreed to further extend the time for Defendants to file their respective responses to Plaintiff's Complaint to August 26, 2024.

6      4.    This is the second stipulation to extend the time for Turner and NGM to respond to Plaintiff's Complaint.

8      5.    The Parties are working together in good faith and believe these circumstances constitute good cause for extending Defendants' time to respond to the Complaint. *See* Fed. R. Civ. P. 6(b)(1).

11  / / /
12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

6. The Parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have by virtue of entering into this Stipulation. *See Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

DATED this 24th day of July, 2024.

| | |
|---|---|
| BROWN, LLC | JACKSON LEWIS P.C. |
| */s/ Nicholas Conlon* | */s/ Joshua A. Sliker* |
| NICHOLAS CONLON, ESQ. | JOSHUA A. SLIKER, ESQ. |
| *Admitted Pro Hac Vice* | Nevada Bar No. 12493 |
| 111 Town Square Place, Ste. 400 | 300 S. Fourth Street, Suite 900 |
| Jersey City, New Jersey 07310 | Las Vegas, Nevada 89101 |
| ROGER WENTHE, ESQ. | *Attorneys for Defendant* |
| ROGER WENTHE, PLLC | *Turner Staffing Group, LLC* |
| Nevada Bar No. 8920 | |
| 2831 St. Rose Pkwy., Suite 200 | SIMONS HALL JOHNSTON PC |
| Henderson, Nevada 89052 | |
| | */s/ Jonathan A. McGuire* |
| *Attorneys for Plaintiff* | ANTHONY L. HALL, ESQ. |
| *Wade Allen* | Nevada Bar No. 5977 |
| | JONATHAN A. MCGUIRE, ESQ. |
| | Nevada Bar No. 15280 |
| | 690 Sierra Rose Dr. |
| | Reno, Nevada 89511 |
| | *Attorneys for Defendant* |
| | *Nevada Gold Mines* |

## ORDER

No further extensions of time will be granted absent extraordinary circumstances.
**IT IS SO ORDERED.**
**DATED:** July 24, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3