JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Turner Staffing Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WADE ALLEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BARRICK GOLD OF NORTH AMERICA, INC. d/b/a NEVADA GOLD MINES LLC; and TURNER STAFFING GROUP, LLC,<br><br>Defendants. | Case No.: 3:24-cv-00231-CLB<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF No. 1)**<br><br>**(THIRD REQUEST)** |

Defendant TURNER STAFFING GROUP, LLC ("Turner" Or "Defendant"), by and through its counsel of record, the law firm of Jackson Lewis P.C., Defendant NEVADA GOLD MINES, LLC (erroneously sued as Barrick Gold of North America, Inc d/b/a Nevada Gold Mines, LLC), by and through their counsel, by and through their counsel of record, the law firm of Simons Hall Johnston PC ("NGM"), and Plaintiff WADE ALLEN ("Plaintiff"), by and through his counsel of record, the law firms of Brown, LLC and Roger Wenthe, PLLC, hereby stipulate and agree to extend the time for Defendants Turner and NGM to file their respective responses to Plaintiff's Complaint (ECF No. 1) up to and including **September 13, 2024** based on the following:

1.    On July 8, 2024, Plaintiff and Turner stipulated to extend Turner's time to respond to Plaintiff's Complaint to July 19, 2024 (First Request) (ECF No. 8), which the Court granted on July 9, 2024. ECF No. 9.

2.    On July 16, 2024, Plaintiff and NGM stipulated to extend NGM's time to respond to Plaintiff's Complaint to July 31, 2024 (First Request) (ECF No. 12), which the Court granted on

1   July 17, 2024. ECF No. 14.

2       3.      On July 24, 2024, the Parties stipulated to extend the time for all Defendants to

3   respond to Plaintiff's Complaint to August 26, 2024 (Second Request) (ECF No. 15), which the

4   Court granted that same day. ECF No. 16.

5       4.      The Parties are continuing to explore whether it may be possible to resolve this case

6   without continued litigation. One issue that the Parties are working through is the availability of

7   certain time-and-pay related information from a non-party to this case.

8       5.      To appropriately focus their respective efforts and resources, the Parties have agreed

9   to further extend the time for Defendants to file their respective responses to Plaintiff's Complaint

10  to September 13, 2024.

11      6.      This is the third stipulation to extend the time for Turner and NGM to respond to

12  Plaintiff's Complaint.

13      7.      The Parties are working together in good faith and believe these circumstances

14  constitute good cause for extending Defendants' time to respond to the Complaint. *See* Fed. R. Civ.

15  P. 6(b)(1).

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

2       8.      The Parties are not waiving, relinquishing, or otherwise impairing any claim,

3   defense, argument, or other right they may have by virtue of entering into this Stipulation. *See*

4   *Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS

5   168028, at *10 (D. Nev. Nov. 26, 2013).

6       DATED this 26th day of August, 2024.

7   BROWN, LLC                                    JACKSON LEWIS P.C.

8   /s/ Nicholas Conlon_____           /s/ Joshua A. Sliker_____
    NICHOLAS CONLON, ESQ.                          JOSHUA A. SLIKER, ESQ.
9   *Admitted Pro Hac Vice*                        Nevada Bar No. 12493
    111 Town Square Place, Ste. 400                300 S. Fourth Street, Suite 900
10  Jersey City, New Jersey 07310                  Las Vegas, Nevada 89101

11

12  ROGER WENTHE, ESQ.                             *Attorneys for Defendant*
    ROGER WENTHE, PLLC                             *Turner Staffing Group, LLC*
13  Nevada Bar No. 8920
    2831 St. Rose Pkwy., Suite 200                 SIMONS HALL JOHNSTON PC
14  Henderson, Nevada 89052

15                                                 /s/ Anthony Hall_____
    *Attorneys for Plaintiff*                      ANTHONY L. HALL, ESQ.
16  *Wade Allen*                                   Nevada Bar No. 5977
                                                   JONATHAN A. MCGUIRE, ESQ.
17                                                 Nevada Bar No. 15280
                                                   690 Sierra Rose Dr.
18                                                 Reno, Nevada 89511

19                                                 *Attorneys for Defendant*
                                                   *Nevada Gold Mines*
20

21                                                 **IT IS SO ORDERED.**

22

23                                                 _____

24                                                 UNITED STATES MAGISTRATE JUDGE

25                                                 DATED: August 27, 2024

26

27

28

3